# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LOIS ELAINE MAULTSBY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 8:09-cv-2037-T-30EAJ**

**SENIOR LIVING MANAGEMENT,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Senior Living Management's Motion to Dismiss (Dkt. 5) and Plaintiff's Response to the motion (Dkt. 7). The Court, having considered the motion, response, and being otherwise advised on the premises, finds that the motion should be granted.

Plaintiff is attempting to bring a five count complaint on behalf of her deceased father and her siblings. However, in the complaint, Plaintiff has failed to allege that she is a real party in interest in this action. Only an executor, administrator, guardian, bailee, trustee of an express trust, a party with whom or in whose name a contract has been made for another's benefit, or a party authorized by statute may sue in their own names without joining the person for whose benefit the action is brought. Fed. R. Civ. P. 17 (a)(1). Plaintiff has failed to identify herself as one of these enumerated parties. Therefore, Plaintiff has failed to show that she has standing to bring this action.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 5) is **GRANTED**.

2. Defendant's Motion for Leave to Reply (Dkt. 11) is **DENIED as moot**.

3. Plaintiff has **twenty (20) days** from the date of this order to file an amended complaint, failing which this cause may be dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2037.mtd 5.frm