UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LOIS ELAINE MAULTSBY,** on behalf
of Lois E. Maultsby, deceased, et al.,

    **Plaintiffs,**

v.                                           CASE NO: 8:09-CV-2037-T-30EAJ

**SENIOR LIVING MANAGEMENT,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiffs have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #27) entered on May 6, 2010. It is therefore

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-2037.dismissal.wpd*